# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| OSVALDO MERCADO & RITA MERCADO, <br> *Plaintiffs,* <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF INDIANA, <br> *Defendant.* | § § § § § § § § § § | CIVIL ACTION NO. 1:23-cv-00902-DAE |

## ORDER OF DISMISSAL

On this day came to be heard the Joint Stipulation of Dismissal (Dkt. # 25) of Plaintiffs Osvaldo Mercado and Rita Mercado (hereinafter "Plaintiffs") and Defendant Safeco Insurance Company of Indiana (hereinafter "Defendant") to dismiss any and all claims brought by Plaintiffs against Defendant. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, **GRANTED** in all respects.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that any and all claims of Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE** to the rights of Plaintiffs to re-file same or any part thereof.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is **DENIED.** The Clerk is **INSTRUCTED TO CLOSE THE CASE.**

**IT IS SO ORDERED.**

DATED: Austin, Texas, January 16, 2025.

_____
David Alan Ezra
Senior United States District Judge